## IN THE IOWA DISTRICT COURT FOR HARRISON COUNTY

| | |
|---|---|
| ANGELA SPRINKEL,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendant. | CASE NO.<br><br><br>PETITION AT LAW AND<br>JURY DEMAND |

COMES NOW, Plaintiff, Angela Sprinkel, individually, and for her Petition at Law against Union Pacific Railroad Company state as follows:

### PARTIES, JURISDICTION, AND VENUE

1. At all times material, Angela Sprinkel (hereinafter "Sprinkel") was a resident of Pottawattamie County, Iowa.

2. Defendant, Union Pacific Railroad Company (hereinafter "Union Pacific") is, and was at all times relevant, a corporation engaged in the operation of a system of railways as a common public carrier of freight for hire between the various states of the United States and engaged in interstate commerce by railroad.

3. At all times relevant to this complaint, Union Pacific conducted business in the state of Iowa, including Harrison County. It filed with the Iowa Secretary of State an Application for Certificate of Authority to transact business in Iowa on March 25, 1998. It has a registered agent in Des Moines, Polk County, Iowa: C T Corporation System, 400 East Court Avenue, Des Moines, IA 50309.

4. Venue is appropriate in Harrison County, Iowa. The Defendant, Union Pacific, operates railroad lines and maintains yards and other facilities in Harrison County, Iowa. *See,* section 616.8, Iowa Code.

1

EXHIBIT 1

5. All of the facts giving rise to this cause of action occurred in Harrison County, Iowa.

6. Pursuant to Iowa Code §616.8, Harrison County is the appropriate venue because that is where Plaintiff sustained damages.

7. The amount in controversy exceeds the Court's jurisdictional minimum.

## FACTS TO ALL COUNTS

8. Plaintiff re-alleges, adopts and incorporates herein each and every allegation of the statements contained in paragraphs 1-7 of the above Complaint, the same as if said allegations and statements were herein set forth in their entirety.

9. On or about August 2, 2019, Sprinkel was driving her Harley Davidson motorcycle northbound on S 6th Street in Missouri Valley, Harrison County, Iowa.

10. Just south of the intersection between S 6th Street and East Ontario Street sits a Union Pacific crossing and transfer station.

11. There are three sets of tracks that cross S 6th Street at said location.

12. On the evening of August 2, 2019, Sprinkel drove her motorcycle over the tracks.

13. The front wheel of her motorcycle became wedged between two concrete plates situated between the tracks.

14. This caused Sprinkel's motorcycle to flip over and smashed Sprinkel's right hand.

15. As a result of the accident Sprinkel suffered injuries to her person and damage to her property.

## COUNT I: NEGLIGENCE OF UNION PACIFIC

16. Plaintiff re-alleges, adopts and incorporates herein each and every allegation of the statements contained in paragraphs 1-15 of the above Complaint, the same as if said allegations and statements were herein set forth in their entirety.

EXHIBIT 1

17. Plaintiff, Angela Sprinkel, alleges that at all times relevant to this complaint Defendant, Union Pacific, was negligent and that Defendant's negligence proximately caused the incident wherein Plaintiff sustained personal injuries, property damage and loss of use for Plaintiff's vehicle.

18. Defendant was negligent as follows:

   a. In failing to warn Plaintiff of reasonably foreseeable hazardous conditions; and/or

   b. In failing to properly maintain the railroad crossing relevant to this complaint; and/or

   c. In failing to follow applicable federal and state statutes, regulations, and rules regarding the maintenance of the railroad crossing and tracking relevant to this complaint; and/or

   d. In failing to design the railroad crossing in a way that would permit motor vehicles to safely pass over it; and/or

   e. In failing to act as a reasonable and prudent company under conditions then existing.

19. The negligence of Union Pacific was a cause of the injuries and damages sustained by Sprinkel.

20. As a result of the negligence of Union Pacific, Sprinkel sustained the following injuries:

   a. Past medical expenses;

   b. Future medical expenses;

   c. Past loss of function to mind;

EXHIBIT 1

    d.    Past loss of function to body;

    e.    Future loss of function to mind;

    f.    Future loss of function to body;

    g.    Past physical pain and suffering;

    h.    Future physical pain and suffering;

    i.    Past mental pain and suffering;

    j.    Future mental pain and suffering;

    k.    Loss of enjoyment of life;

    l.    Past lost wages;

    m.    Loss of earning capacity; and

    n.    Permanent injury.

WHEREFORE, Plaintiff respectfully request judgment against Defendant in an amount that will fully and reasonably compensate Plaintiff for her injuries and damages, with pre- and post-judgment interest, the costs of this action, and for any and all other relief this Court deems proper.

### JURY DEMAND

COME NOW, the Plaintiff, and hereby requests a trial by jury on all issues in the above referenced matter.

*/s/ Mark Hinshaw*
Mark R. Hinshaw   AT0009119
Hinshaw & Humke P.C.
1200 Valley West Drive, Suite 208
West Des Moines, IA 50266
Phone (515) 222-1410
Fax (515) 222-1408
mark@hawkeyedivorce.com

EXHIBIT 1

ATTORNEY FOR PLAINTIFF

*/s/ Michael Sands*
Michael J. Sands  AT0009756
Sands Wegner, PLC dba Husker Law
1055 North 115th Street, Suite 302
Omaha, Nebraska 68154
Phone (402) 415-2525
Fax (402) 415-2551
mike@huskerlaw.com
ATTORNEY FOR PLAINTIFF

*/s/ Nicholas Rowley*
Nicholas C. Rowley     AT0009516
Dominic F. Pechota     AT0006175
Matt J. Reilly              AT0006541
Trial Lawyers For Justice, P.C.
421 W. Water St, Third Floor
Decorah, IA  52101
Phone: (563) 382-5071
Fax: (888) 801-3616
matt@tl4j.com
ATTORNEY FOR PLAINTIFF

5

EXHIBIT 1